Rhonda Essak
3345 Giddings Blvd
Highland Township, MI 48356
(248) 818-4444

RECEIVED
MAY 15 2026
KELLY L. STEPHENS, Clerk

May 13, 2026

Kelly L. Stephens, Clerk
United States Court of Appeals for the Sixth Circuit
100 East Fifth Street, Room 540
Potter Stewart U.S. Courthouse
Cincinnati, OH 45202-3988

**Re:Case No. 26-1437, *Rhonda Essak v. Joshua Sosnowski, et al.***
Originating Case No. 2:25-cv-11470 (E.D. Mich.)
**Subject:** Signed Notice of Appeal and Initial Appellate Filings

Dear Clerk Stephens:

Enclosed please find the signed original Notice of Appeal returned in response to the Court's letter dated May 7, 2026, in compliance with Sixth Circuit Rule 25(d)(3) requiring a written signature on documents submitted by pro se filers.

Together with the signed Notice of Appeal, I am also enclosing for filing with the Court the following initial appellate filings:

1. Motion to Proceed In Forma Pauperis on Appeal pursuant to Federal Rule of Appellate Procedure 24(a)(5);
2. Affidavit of Financial Status (AO Form 4) in support of the foregoing Motion;
3. Disclosure of Corporate Affiliations and Financial Interest pursuant to Federal Rule of Appellate Procedure 26.1; and
4. Appellant's Transcript Order pursuant to Federal Rule of Appellate Procedure 10(b)(1)(B), stating that no transcript is necessary because all orders below were decided on the papers.

Thank you for your assistance and for forwarding the docketing materials for Case No. 26-1437. Please direct any further communication regarding this appeal to the address shown above.

Respectfully,

Rhonda Essak

**Rhonda Essak**
Plaintiff-Appellant, Pro Se

**Enclosures:**

1. Appellant's Transcript Order
2. Motion to Proceed In Forma Pauperis on Appeal
3. Affidavit of Financial Status (AO Form 4)
4. Disclosure of Corporate Affiliations and Financial Interest

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RHONDA ESSAK,

Plaintiff,

v.

JOSHUA SOSNOWSKI, et al.,

Defendants.

Case No. 2:25-cv-11470

Hon. Laurie J. Michelson
Mag. Judge David R. Grand

---

# NOTICE OF APPEAL

Notice is hereby given that Rhonda Essak, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the following orders and judgments of this Court:

1.The Opinion and Order Granting Application to Proceed Without Prepaying Costs and Dismissing Complaint, entered October 7, 2025 (ECF No. 23);

2.The Order Denying Plaintiff's Motion to Alter or Amend Judgment, entered April 23, 2026 (ECF No. 28);

3.The Order Denying Motion for Temporary Restraining Order and Motion for Preliminary Injunction, entered July 25, 2025 (ECF No. 9);

4.The Order Granting Emergency Motion to Expedite Consideration and Denying Emergency Motion for a Temporary Restraining Order, entered September 3, 2025 (ECF No. 19);

5.The Order Denying Plaintiff's Emergency Motion for Reconsideration, entered September 8, 2025 (ECF No. 21);

6.The Order Denying Plaintiff's Motion to Vacate State Court Judgments, entered September 24, 2025 (ECF No. 22); and

7.All prior orders, rulings, opinions, and decisions merged into the final judgment or otherwise reviewable on appeal therefrom.

This appeal is timely under Federal Rule of Appellate Procedure 4(a)(4)(A)(iv), which provides that the time to file an appeal runs from the entry of the order disposing of the last timely motion under Federal Rule of Civil Procedure 59. The Court entered its order disposing of Plaintiff's timely Rule 59(e) motion on April 23, 2026 (ECF No. 28).

Plaintiff was granted leave to proceed in forma pauperis in this Court (ECF No. 23) and intends to proceed in forma pauperis on appeal pursuant to Federal Rule of Appellate Procedure 24(a)(3).

Respectfully submitted,

/s/: Rhonda Essak Rhonda Essak Date: May 13th, 2026.

**Rhonda Essak**
Plaintiff, Pro Se
3345 Giddings Blvd
Highland Township, MI 48356
(248) 818-4444

Dated: May 6, 2026

CERTIFIED MAIL

9589 0710 5270 2738 8496 37

Rhonda Essak
3345 Giddings Blvd
Highland, MI 48356

Retail

U.S. POSTAGE PAID
FCM LG ENV
HIGHLAND, MI 48356
MAY 13, 2026

45202

$12.42

RDC 99

S2324P505401-2

RECEIVED
MAY 15 2026
KELLY L. STEPHENS, Clerk

Clerk: Kelly L. Stephens
U.S. Court of Appeals for the 6th Circuit
100 East Fifth Street, Rm 540
Potter Stewart U.S. Courthouse
Cincinnati, OH 45202-3988

X-RAY
U.S. MARSHALS SERVICES

26-1437
GSA