RECEIVED
MAY 15 2026
KELLY L. STEPHENS, Clerk

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

RHONDA ESSAK,

Plaintiff-Appellant,

Sixth Circuit Case No. 26-1437

v.

Originating Case No.
2:25-cv-11470-LJM-DRG
(E.D. Mich.)

JOSHUA SOSNOWSKI, et al.,

Defendants-Appellees.

---

# APPELLANT'S TRANSCRIPT ORDER

# (STATEMENT THAT NO TRANSCRIPT IS NECESSARY)

Pursuant to Federal Rule of Appellate Procedure 10(b)(1)(B) and Sixth Circuit Rule 10, Plaintiff-Appellant Rhonda Essak, proceeding pro se, submits this Transcript Order in connection with her Notice of Appeal filed at the United States District Court for the Eastern District of Michigan on May 6, 2026 (ECF No. 29), and docketed at this Court on May 7, 2026, as Case No. 26-1437.

## 1. CERTIFICATION THAT NO TRANSCRIPT IS NECESSARY

Plaintiff-Appellant certifies that no transcript is being ordered because no transcript exists. Every order of the District Court that is the subject of this appeal was issued on the papers without an evidentiary hearing or oral argument. Specifically:

(a) ECF No. 9 (Order Denying TRO and Preliminary Injunction, July 25, 2025) — decided on the papers;

(b) ECF No. 19 (Order Denying Emergency TRO, September 3, 2025) — decided on the papers;

(c) ECF No. 21 (Order Denying Emergency Motion for Reconsideration, September 8, 2025) — decided on the papers;

(d) ECF No. 22 (Order Denying Motion to Vacate State Court Judgments, September 24, 2025) — decided on the papers;

(e) ECF No. 23 (Opinion and Order Granting IFP and Dismissing Complaint under 28 U.S.C. § 1915(e)(2)(B), October 7, 2025) — decided on the papers; and

(f) ECF No. 28 (Order Denying Rule 59(e) Motion, April 23, 2026) — decided on the papers.

Because no proceedings before the District Court were transcribed, no transcript is required, available, or necessary for the prosecution of this appeal. The record on appeal will consist solely of the district court filings and orders.

## 2. REQUEST FOR EXPEDITED RECORD TRANSMITTAL

Because no transcript is necessary, Plaintiff-Appellant respectfully requests that the District Court Clerk transmit the record on appeal to this Court without delay pursuant to Federal Rule of Appellate Procedure 11.

Respectfully submitted,

Rhonda Essak

**Rhonda Essak**
Plaintiff-Appellant, Pro Se
3345 Giddings Blvd
Highland Township, MI 48356
(248) 818-4444

Dated: May 13, 2026

## CERTIFICATE OF SERVICE

I, Rhonda Essak, certify that on the date set forth below, I served a true and correct copy of the foregoing Transcript Order by First Class United States Mail, postage prepaid, on the Clerk of the United States Court of Appeals for the Sixth Circuit at 100 East Fifth Street, Room 540, Potter Stewart U.S. Courthouse, Cincinnati, Ohio 45202-3988.

No Defendants-Appellees have appeared in this appeal. The underlying complaint was dismissed at screening pursuant to 28 U.S.C. § 1915(e)(2)(B) before service of process, and no counsel has entered an appearance on behalf of any Defendant-Appellee.

I declare under penalty of perjury that the foregoing is true and correct.

Rhonda Essak

**Rhonda Essak**

Dated: May 15, 2026

CERTIFIED MAIL

9589 0710 5270 2738 8496 37

Rhonda Essak
3345 Giddings Blvd
Highland, MI 48356

Retail

U.S. POSTAGE PAID
FCM LG ENV
HIGHLAND, MI 48356
MAY 13, 2026

45202

$12.42

RDC 99

S2324P505401-2

RECEIVED
MAY 15 2026
KELLY L. STEPHENS, Clerk

Clerk: Kelly L. Stephens
U.S. Court of Appeals for the 6th Circuit
100 East Fifth Street, Rm 540
Potter Stewart U.S. Courthouse
Cincinnati, OH 45202-3988

X-RAY
U.S. MARSHALS SERVICES

26-1437
GSA